UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 26 AM 11:34

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No.: '07 MJ 2975 |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | DEPUTY |
| ) | Title 8, U.S.C., Section 1326 |
| **Rolando GUADALUPE-Tinoco,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **December 24, 2007,** within the Southern District of California, defendant, **Rolando GUADALUPE-Tinoco,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **DECEMBER, 2007.**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Rolando GUADALUPE-Tinoco

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On December 24, 2007, at approximately 9:30 a.m., Border Patrol Agent M. Livingston responded to the activation of a seismic intrusion sensor in the Tecate, California area. This area is approximately 3 miles east and .1 miles north of the Tecate, California Port of Entry. Upon arriving in the vicinity of the device, Agent Livingston observed three individuals walking north from the United States/Mexico International Border. Agent Livingston identified himself as a United States Border Patrol Agent and questioned the group as to their citizenship and nationality. Each subject, including one later identified as the defendant Rolando GUADALUPE-Tinoco, freely admitted to being a citizen and national of Mexico. Agent Livingston questioned the group regarding any immigration documents they might have allowing them to enter into the United States. Each person in the group, including the defendant, freely admitted that they did not have any immigration documents allowing them to enter or remain in the United States legally. Agent Livingston arrested the group and had them transported to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 08, 2004, through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico. The defendant further admitted that he was formally removed from the United States. The defendant stated that he has no immigration documents that would allow him to enter the United States and that he intended to travel to Santa Ana, California to visit family.

Executed on December 25, 2007 at 9:30 a.m.

Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **December 24, 2007**, in violation of Title 8, United States Code, Section 1326.

Leo S. Papas
United States Magistrate Judge

12/25/07 - 1125 Am
Date/Time